FILED

2016 AUG 17 PM 2:24

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | 1:16 CR 262 |
| v. | ) ) ) | JUDGE PEARSON |
| | ) | CASE NO.: |
| JASON A. BALLARD, | ) ) | Title 18, Section 871(a), United States Code |
| Defendant. | ) ) | |

COUNT 1
(Making Threats Against the President)

The Grand Jury charges:

On or about July 5, 2016, in the Northern District of Ohio, Eastern Division, the defendant, JASON A. BALLARD, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon and against, the President of the United States, in violation of Title 18, Section 871(a), United States Code.

A TRUE BILL.

Original Document—Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.